IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CITY OF RED OAK, ) | |
|     Plaintiff, ) | |
| ) | |
| v.  ) | No. 3:15-CV-2744-K |
| ) | |
| HARVEY LEELANE SEARCY, ) | |
|     Defendant. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed October 1st, 2015.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE